**Percy G. GRAVES, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7218.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2004.

ORDER

Pursuant to the Court's letter dated September 22, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Frank LOPRESTI, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7219.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2004.

ORDER

Pursuant to the Court's letter dated September 22, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Roosevelt WILLIAMS, Sr., Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7348.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2004.

ORDER

Pursuant to the Court's letter dated September 22, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.